160 A.3d 171

COMMONWEALTH of Pennsylvania, Appellee

v.

George Ivan LOPEZ, Appellant

No. 706 CAP

Supreme Court of Pennsylvania.

SUBMITTED: January 24, 2017

George Ivan Lopez, pro se.

Kelly M. Sekula, Esq., for Appellee.

## ORDER

PER CURIAM

AND NOW, this 26th day of April, 2017, the Order of the Court of Common Pleas is **AFFIRMED**.